

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-19-00336-CV

Style:                Dezzie Brumfield d/b/a LAD Enterprises, et al. v. Robert Williamson, et al.

Date motion filed:                March 24, 2020

Type of motion:                Appellants' Partially Opposed Motion to Extend Word Limit for a Single Reply Brief

Party filing motion:                Appellants

Document to be filed:                Appellants' reply brief

Is appeal accelerated?

If motion to extend time:
          Original due date:
          Number of previous extensions granted:                Current Due date:
          Date Requested:

Ordered that motion is:

          ☑ **Granted**

          ☐ Denied

          ☐ Dismissed

          ☐ Other: _____

Judge's signature:          ___/s/ Julie Countiss_____
                    ☑ Acting individually          ☐ Acting for the Court

Date:          April 7, 2020